UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
TIMOTHY JOSEPH MAPLES

CASE NO. 04 B 24179

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-0976

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/28/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36240.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 761.32 | .00 | 407.66 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1159.57 | .00 | 620.91 |
| HSBC | UNSECURED | 14737.50 | .00 | 7891.47 |
| ECAST SETTLEMENT CORP | UNSECURED | 4413.84 | .00 | 2363.47 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1098.44 | .00 | 588.18 |
| BANK ONE DELAWARE NA | UNSECURED | 1653.54 | .00 | 885.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11029.79 | .00 | 5906.11 |
| DISCOVER BANK | UNSECURED | 9879.52 | .00 | 5290.18 |
| CREDIT FIRST NA | UNSECURED | 490.47 | .00 | 262.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1655.97 | .00 | 886.72 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6368.64 | .00 | 3410.21 |
| CONOCO PHILLIPS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6433.01 | .00 | 3444.68 |
| CREDITORS DISCOUNT & AUD | UNSECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 59681.61 | .00 | 59681.61 |
| PRINCIPAL PAID | .00 | .00 | 31957.64 | .00 | 31957.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 31957.64 | .00 | 31957.64 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1582.36 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE